■ In the Matter of ANTHONY MESSADO, Petitioner, v STEPHEN ROONEY, as Justice of the Supreme Court of the State of New York, et al., Respondents. [688 NYS2d 897] —Proceeding pursuant to CPLR article 78 in the nature of mandamus, *inter alia*, to compel the respondent Justice to issue a written decision on the petitioner's motions to set aside the verdict in the

matter entitled *People v Mercado* pending in the Supreme Court, Richmond County, under Indictment No. 172/98, and application for poor person relief.

Ordered that the application for poor person relief is granted; and it is further,

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act and only when there exists a clear legal right to the relief sought (*see, Matter of Legal Aid Socy. Scheinman,* 53 NY2d 12, 16). The petitioner has failed to demonstrate a clear legal right to the relief sought. O'Brien, J. P., Thompson, Krausman and Luciano, JJ., concur.